IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Criminal Action No. 07- 95 - UNA |
| ERIC ROSS TYRE, | ) ) | |
| Defendant. | ) ) | |

REDACTED

**FILED**

JUN 2 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Counts 1-2

From on or about June 10, 2006, through on or about February 21, 2007, in the District of Delaware, Eric Ross Tyre, the defendant, knowingly received and attempted to receive child pornography, that is, computer generated visual depictions in the form of computer files which are of minors engaged in sexually explicit conduct, specifically, actual and simulated sexual intercourse and the lascivious exhibition of the genitals and pubic area, which child pornography had been transported in interstate and foreign commerce by computer, the dates being described more particularly, as follows:

| _Count_ | _Date Received_ |
|---|---|
| 1 | June 10, 2006 |
| 2 | February 21, 2007 |

in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

A TRUE BILL

_____
Foreman

COLM F. CONNOLLY
United States Attorney

By: _Christopher J. Burke_
for Edmond Falgowski
Assistant United States Attorney

Dated: June 26, 2007