IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-95-UNA |
| | ) | |
| ERIC ROSS TYRE | ) | SEALED |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR ARREST WARRANT**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant for the arrest and apprehension of Eric Ross Tyre, pursuant to an Indictment returned against him by the Federal Grand Jury on June 26, 2007.

COLM F. CONNOLLY
United States Attorney

By: _____
     Edmond Falgowski
     Assistant United States Attorney

Dated: June 26, 2007

AND NOW, this ___26___ day of ___June___, 2007, upon the foregoing Motion, IT IS ORDERED that an arrest warrant issue for the arrest and apprehension of ERIC ROSS TYRE.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge