IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 07-95-UNA |
| ERIC ROSS TYRE, | ) FILED UNDER SEAL |
| Defendant. | ) |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

    _X_  Crime of violence (18 U.S.C. § 3156)

    ____  Maximum sentence life imprisonment or death

    ____  10+ year drug offense

    ____  Felony, with two prior convictions in above categories

    _X_  Minor victim

    ____  Possession/ use of firearm, destructive device or other dangerous weapon

    ____  Failure to register under 18 U.S.C. § 2250

    _X_  Serious risk defendant will flee

    ____  Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure **(check one or both)**:

    _X_  Defendant's appearance as required

    _X_  Safety of any other person and the community

3. **Rebuttable Presumption**. The United States WILL invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because **(check one or both)**:

     _X_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (<u>violations of 18 U.S.C. §§ 2252A(a)(2)</u>) with minor victim

     ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

     ___ At first appearance

     _X_ After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since **(check 1 or 2, and 3)**:

     1. At the time the offense was committed the defendant was:

         ___ (a) on release pending trial for a felony;

         ___ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

         ___ (c) on probation or parole for an offense.

     ___ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

     ___ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

   _____

   _____


DATED this ___2nd___ day of ___July_____ 2007.

                                      Respectfully submitted,

                                      COLM F. CONNOLLY
                                      United States Attorney

BY: _____
       Christopher J. Burke
       Assistant United States Attorney