REDACTED

AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

ERIC ROSS TYRE

SEALED

**WARRANT FOR ARREST**

Case Number:   CR 07-95 (UNA)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ERIC ROSS TYRE _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

RECEIPT OF CHILD PORN BY COMPUTER

FILED
JUL - 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 2252A(a)(2) _____

PETER T. DALLEO
Name of Issuing Officer

Evette Watson, Deputy Clerk
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

June 27, 2007 in WILMINGTON, DE
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED<br>6-27-07 | NAME AND TITLE OF ARRESTING OFFICER<br>William David, DUSM | SIGNATURE OF ARRESTING OFFICER<br>William [signature] |
|---|---|---|
| DATE OF ARREST<br>7-2-07 | | |