IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 07-95-UNA ) |
| ERIC ROSS TYRE, | ) **FILED UNDER SEAL** ) |
| Defendant. | ) ) |

## MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney, and hereby moves that the Indictment and file in the above-captioned matter be unsealed. There is no further need to maintain the file under seal, as the defendant has been arrested and all of the other defendants in related matters are now in either federal or state custody.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: *Christopher J. Burke*
Christopher J. Burke
Assistant United States Attorney

Dated: July 5, 2007

\* \* \*

**AND NOW**, this \_\_6th\_\_ day of July, 2007, upon the foregoing motion, **IT IS ORDERED** that the Indictment and file in the above-captioned action shall be **UNSEALED**.

THE HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

FILED
JUL 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE