UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
                                    )   CASE NO. 07-95 SLR
       vs.                          )
                                    )
   Eric Ross Tyre                   )
                                    )
            Defendant.              )

**O R D E R**

The defendant, upon entering a plea of not guilty to the Indictment on 7/17/07 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until October 19, 2007. The time between the date of this order and October 19, 2007 shall be excludable under the Speedy Trial Act (18 U.S.C. 3161, et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED

JUL 17 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE