IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 07-095-SLR ) |
| ERIC ROSS TYRE, | ) ) |
| Defendant. | ) |

ORDER

At Wilmington this 22d day of October, 2007,

IT IS ORDERED that a telephonic status conference is scheduled for **Wednesday, November 7, 2007 at 8:30 a.m.**, with the court initiating said call.

                              _____
                                  United States District Judge