*Filed in open court*
*fmT 2/7/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 07-95-SLR |
| | ) | |
| ERIC ROSS TYRE, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Count 2 of the Indictment, pursuant to the Memorandum of Plea Agreement dated November 7, 2007.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 2-7-08

IT IS SO ORDERED this __7th__ day of __February__, 2008.

_____
HONORABLE SUE L. ROBINSON
United States District Court